AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| EVERLASTING CANDLE CO. CORP, | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) | Civil Action No. 24-cv-23514-CMA |
| HOTEL COLLECTION LLC, and AROMA360 LLC, | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  AROMA360 LLC

Registered Agent:
Eduard Kotlyarov, Jr.
433 Plaza Real, Suite 375
Boca Raton, FL 33432

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alaina Fotiu-Wotjowicz
BRODSKY FOTIU-WOJTOWICZ, PLLC
200 SE 1st Street Suite 400,
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 09/12/2024



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ A. Rodriguez*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| EVERLASTING CANDLE CO. CORP, <br><br> *Plaintiff(s)* <br> v. <br> HOTEL COLLECTION LLC, and AROMA360 LLC, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 24-cv-23514-CMA |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* HOTEL COLLECTION LLC

>Registered Agent:
>Eduard Kotlyarov, Jr.
>433 Plaza Real, Suite 375
>Boca Raton, FL 33432

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

>Alaina Fotiu-Wotjowicz
>BRODSKY FOTIU-WOJTOWICZ, PLLC
>200 SE 1st Street Suite 400,
>Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 09/12/2024



Angela E. Noble
Clerk of Court

SUMMONS

s/ A. Rodriguez
Deputy Clerk
U.S. District Courts